Apr 08 05 11:32a    tom Mooney              202-232-3138              p.3

**LANGSTON HUGHES CONDOMINIUM**
**PRICE RESTATE ADDENDUM**

THIS ADDENDUM is made on ___April 2nd___, 200_5_, to the Purchase Agreement for Condominium Unit No. _321_ dated _December 13_, 200_2_ ("Agreement") by and between: _Saman Ghahremani & Farzad Davarya_ ("Purchaser") and UPTOWN PARTNERS, L.L.C. ("Declarant").

RECITALS:

04/05/05   01:38pm   P. 002

R-1. Purchaser wishes to modify the Agreement as hereinafter set forth.

R-2. Declarant agrees to allow Purchaser to modify the Agreement by this Addendum.

NOW, THEREFORE, in consideration of the payment of One Dollar by Purchaser to Declarant, receipt of which is hereby acknowledged, the Agreement is modified as follows:

1(a)  The Purchase Price for the Property shall be as follows:

| | | |
|---|---|---|
| (i) | Condominium Unit Price | $ 255,900 |
| (ii) | Right to use Limited Common Element Parking Garage Space No. ___ | +$ — |
| (iii) | Right to use Limited Common Element Storage Space No. ___ | +$ — |
| (iv) | Options shown on the attached Schedule B | +$ 5,920 |
| (v) | Total Purchase Price (exclusive of settlement costs and prorated amounts of prepaid items) | +$ 261,820 |

1(b)  Such Purchase Price being payable as follows:

| | | |
|---|---|---|
| (i) | Earnest Money Deposit | +$ 13,000 |
| (ii) | Option Payment from Schedule B | +$ 2,960 |
| (iii) | Mortgage Proceeds (if any) | +$ 230,300 |
| (iv) | Balance Due at Settlement (exclusive of settlement costs and prorated amounts of prepaid items) | +$ 15,560 |

This Addendum shall not alter, modify or change in any other respect the Agreement, and except as modified herein, all of the terms and provisions of the Agreement are hereby expressly ratified and confirmed and shall remain in full force and effect.

IN WITNESS WHEREOF, the parties have signed this Addendum as of the date first written above.

UPTOWN PARTNERS, L.L.C., a District of Columbia limited liability company

By: METROPOLIS DEVELOPMENT COMPANY, L.L.C., a District of Columbia limited liability company Managing Member

DATE: 4/9/05

By: _____
Scott Pannick, Managing Member

DATE: 4/4/04

_____
(Purchaser)

DATE: 4/4/04

_____
(Purchaser)

AGENT: THE MAYHOOD COMPANY

By: _____