

**Langston Lofts Schedule B**

**Unit 321**

Date: August 30, 2003

*All standard selections and the selection of options must be made and noted on the Schedule B. Selections and execution of the Schedule B must be made within 20 days following notice of commencing the selection process. further changes to selections will be permitted after the Schedule B is completed. If no selections are made within specified time period, the Unit will be completed with standard selections made by the Declarant.*

*An additional deposit, the "Option Deposit" tendered to Seller upon execution hereof, within ten (10) days of the Effective Date hereof, being fifty percent (50%) of the above-stated cost of all options selected by Purchaser(s) pursuant to Schedule B hereof (such options being referred to herein as the "Options", and the deposit with respe thereto being referrred to as the "Option Deposit"). The Option Deposit shall be applied against the Purchase Pric Settlement, but is otherwise non-refundable. In the event additional options are selected per additional addenda, Purchaser(s) shall simultaneously increase the Option Deposit by fifty percent (50%) of the Seller's stated price thereof. Seller shall attempt in good faith to procure and install the Options; however failure to do so shall not invalidate the condominium Purchase Agreement, and Seller shall credit Purchaser at Settlement with the full am of any omitted Options.*

*Please make payable to: Regional Title Inc.*

**Ceiling Treatments**

**Painted Drywall**
*Painted; flat sheen; non-textured. Color: White*

**Wall Finishes**

**Wall Finish: Drywall**
*Smooth Finish and Painted; flat sheen throughout; Color: white*

**Stairs**

**Straight run stairs within unit (to floor above)**
*Base Design: Oak Tread on metal open stringer stair; painted steel channel stringers and pipe rail; semi-gloss sh*

**Ductwork**

**Exposed Ductwork**
*Unpainted Round spiral type; oval where required by space constraints.*

**Kitchen Finishes**

### Floor Finishes
*Same as Living/Dining Rooms*

### Wall Base
*See General/Miscellaneous.*

### Wall Finish
*Drywall: smooth finish and painted; eggshell sheen*

### Cabinets
*Scavolini; Madison Series; oak finish; brushed stainless steel pulls Base cabinets: 88.4cm (+/- 34 3/4") tall and 58.3cm (+/- 23") deep with drawers/doors with solid wood frame and inset veneer. Wall Cabinets: 73cm (+/- 28 3/4") tall and 36cm (+/- 14") deep with doors with solid wood frame and inset veneered panel.*

| | |
|---|---|
| Option No. 1: Gala Walnut Finish Cabinet | $450 |
| Option No. 1: Glass in Upper Cabinet Doors | $130 |
| Option No. 8: 150 CM Island - B | $2,490 |
| Alternate No. 1.2 Scavolini Granite Pink Frolla | $0 |

### Sink / Faucet
*Olivetti Sink: Single Bowl; stainless; brushed finish; Faucet: Grohe Eurodisc Pull-Out Spray; Chrome.*

---

## Master Bathroom

### Floor Finishes
*Ceramic tile is the standard with the option to use stone or glass tiles: Base Design (Ceramic Tile): Rex Ceramiche series; 12" x 12"; Color Choices: Everest White; Indian Green; Rich Autumn; Charcoal Black; Grout To Match*

Alternate No. 1.1 (Ceramic Tile) Rex Ceramiche series; 12 x 12; Color:    $0
Everest White

### Surround at Tub/Shower
*Ceramic tile is the standard with the option to use stone or glass tiles: Tile shall extend from top of tub/shower p. ceiling. Base Design (Ceramic Tile): Rex Ceramiche series; 6" x 6"; Color Choices: Everest White; Indian Green; . Autumn; Charcoal Black*

Alternate No. 1.1 (Ceramic Tile) Rex Ceramiche series; 6 x 6; Color:    $0
Everest White

### Shower, Tub / Fittings
*Showers or tubs as shown on unit plans. Alternate to have tub in lieu of shower or option for whirlpool tub.*

Option No. 2: Whirlpool Tub American Standard.    $1,880

---

## Bedroom 1

### Floor Finishes
*Berber or Patterned Loop Carpet as base design with options:*

Base Design - Alternate 2.4: 'Berber' loop carpet with pad;    $0
Shaw/Philadelphia Carpets; Will's Wagon Series; Color: 67302 Magic Potion.

---

## Living/Dining Rooms

### Flooring
*Bamboo Strip Plank Floor Horizontal Orientation as base with option for maple or brazilian cherry.*

---

## Lighting/ Electrical Fixtures

### Track Lighting
*Suspended line voltage track as base design, with options to increase length and to change to low voltage track. Design: Line Voltage track with clear anodized aluminum finish; with line voltage and low voltage fixtures; one fi> to be provided for every two feet of track; split evenly between line and low voltage fixtures. Track: JUNO one cir track; natural aluminum finish. Pendent/stem mounting or surface per electrical plans. Low voltage fixture: JUNO*

T621SA strap fixture (satin aluminum finish); with T537BL transformer; 50w MR16 lamp. Line voltage fixture: JU.
T613SA strap fixture (satin aluminum finish) 75w par 30 lamp.

**Kitchen**
Track options as identified above; See Entry, Living/Dining. Additional un-switched outlets added below wall cabi[net]
for future installation of under cabinet lighting.

**Bathroom Lighting / Exhaust**
Recessed down lights, supplemented with above vanity fixtures. Separate exhaust fan. Vanity Light: concealed u[p]
light within cove at top of medicine cabinet; decorative wall sconce on one side of each mirror;

**Bedroom**
Track options as identified above; See Entry, Living/Dining. Additional switched outlet next at bed area. Switched
circuit to ceiling J-Box for future ceiling fan at selected locations.

**Closets**
Surface mounted fluorescent: Lightolier "Discus" series; Model No: 6700MS213U; with (2) 13w quad lamps.

**Electrical Receptacles**
Base - Duplex 120 volt electrical receptacles wall-mounted.

**Television/Cable Connections**
Base - Television/cable connections with cover plate, wall-mounted.
Option No. 1 - One additional television/cable connection.                    $60

**Ceiling Fan - J Boxes**
Fans - as upgrade only; includes switched J-Boxes at locations where practical, and where overhead clearance permits.
J Box Option 6: Provide 4 Switched Junction Box in ceiling switched to        $470
nearest switch bank.

**Refrigerator**
Whirlpool Two Door Freezer on top
Option No. 3 Whirlpool Bottom Freezer                                         $440

**Thermostat**
Heating and Cooling Thermostat

---

**Total**
Total Amount of Options to be added to the Base Purchase Price    $5,920
of the Condominium Unit 321
Total Amount of Option Deposit    $2,960
Amount of Deposit Collected at Time of Selection    $2,960
Balance Due Within Thirty (30) days    0

Purchaser(s) _____ Date 8/30/03
Purchaser(s) _____ Date _____
Sales Representative _____ Date 8/30/03
Seller _____ Date 9/3/03

Copyright 2003. All rights reserved.



UNIT BA PLAN
SCALE: 1/4"=1'-0"

321
Basic 3

> **SAMAN GHAHREMANI, M.D.**  07-00                                   1292
> **SHIVA GHAHREMANI**
> 7041 RIVER OAK CT NW
> CLARKSVILLE MD 21029
>                                                      Date 8/30/03       7-163/520 MD
>                                                                              2306
>
> Pay to
> the Order of __Regional Title, Inc_____  $ 2960.00
>
> __Two-thousand nine hundred sixty_____ Dollars
>
> **Bank of America**
> ACH R/T 052001633
>
> For __options Langston #321__                    [signature]
>
> ⑈001292⑈ ⑆052001633⑆ 00193038512 2⑈