# The Mayhood Company

May 18, 2005

**Re: LANGSTON LOFTS**
**Unit # 321**

M. Saman Ghahremani
7041 River Oak Court           REVISED
Clarksville, MD 21029

Dear M. Ghahremani,

We are pleased to advise you that we have scheduled your walk-through and settlement dates for your new home at **Langston Lofts**. Pursuant to the terms of the Purchase Agreement, this letter serves as **Settlement Notice**. Time is of the essence with respect to the Purchaser's Obligation to complete settlement on the date specified in this letter.

**Walk-Through Date:**   Completed
**Settlement Date:**     June 1, 2005 @ 3:00 p.m.

**IF YOU HAVE CHOSEN TO USE A NON-DESIGNATED LENDER, PLEASE NOTIFY THIS LENDER THAT THERE WILL NOT BE A FANNIE MAE FORM 1028. IT IS IMPERATIVE THAT YOU MAKE SURE THE LENDER CAN CLOSE YOUR LOAN WITHOUT THIS FORM.**

If you have any questions concerning the schedule, please call the Sales Staff at (202) 667-3776.

Your settlement will be conducted by **Regional Title, Inc., 1620 L Street, NW, 9th Floor, Washington, DC 20036**. Please contact Ms. Nicky Carpenter 24 hours prior to your settlement date at (202) 452-0700 to confirm the amount of funds required to complete your purchase. **Make a certified or cashier's check payable to Regional Title, Inc.**

There are several items you will want to address prior to your move to Langston Lofts. Enclosed is a checklist that we hope will be helpful.

We look forward to welcoming you to your new home at Langston Lofts.

Sincerely,

Connie O'Brien, Sales Manager
The Mayhood Company, Agent for the Seller


REALTOR

1420 BEVERLY ROAD   SUITE #200   McLEAN, VIRGINIA 22101   (703) 448-0400

# PRE-SETTLEMENT CHECKLIST AND INFORMATION
# LANGSTON LOFTS

_____  Confirm amount of funds needed for settlement as certified or cashier's check payable to **Regional Title**.

**The following arrangements need to be made at least a week prior to your settlement date.**

_____  Put Electric Service in your name, effective the day of your settlement with **Pepco** at 202-833-7500 or www.pepco.com.

_____  Arrange to have telephone service connected with **Verizon** at 202-954-6263.

_____  If desired, arrange to have cable television installed with Comcast at 202-635-5100.

_____  If desired arrange for Internet Services with:

DSL   - contact Verizon at 800-638-6289 ten days after telephone service is connected.

Cable Modem - contact Comcast at 202-635-5100 or

Internet Provider of your choice

_____  Please call **Adam Nelson** with Legum and Norman at 703-848-4331 to schedule your move in date.