# The Mayhood Company

Via USPS Priority Mail, Delivery Confirmation
#0304 1560 0007 4270 3181 (Saman Ghahremani)
#0304 1560 0007 4270 3198 (Farzad Davarya)

June 10, 2005

Dr. Saman Ghahremani          Farzad Davarya
7041 River Oak Court          10205 Savoy Court
Clarksville, MD  21029        Ellicott City, MD  21042

Dear Dr. Ghahremani and Mr. Davarya:

The Seller has instructed us to send you this formal notification that you are in default of paragraph 22 (h) of your Purchase Agreement to buy Condominium Unit 321 at Langston Lofts Condominium. You indicated that it was to be your primary residence as required under the contract. Failure to fulfill the obligations under the Agreement and the subsequent misrepresentations by you both concerning intent to use the unit as the primary residence placed all parties in violation of Paragraph 22(h) of the Purchase Agreement which states the following.

(h) PURCHASER HEREBY REPRESENTS AND WARRANTS THAT PURCHASER INTENDS TO OCCUPY THE PROPERTY AS A PRIMARY RESIDENCE. ANY MISREPRESENTATION REGARDING PURCHASER'S INTENTION TO RESIDE IN THE UNIT SHALL CONSTITUTE a DEFAULT BY PURCHASER PURSUANT TO PARAGRAPH 15(a) HEREOF.

Although Paragraph 15(a) of the Purchase Agreement gives Seller the right to retain Purchaser's earnest money deposit and all interest accrued thereon, the Seller is willing to return your deposit of $13,000.00 and your options payment of $2,960.00. A check for the total of $15,960.00 will be mailed to you, Dr. Ghahremani, as the payer.

Yours truly,

Ron Smith
Senior Vice President
THE MAYHOOD COMPANY
Sales Agent for the Seller

Cc:    Merrick Malone
       Connie O'Brien

