governmental authority for a permit to make an addition, alteration or improvement in or to any Unit shall be executed by the Board of Directors only, without, however, incurring any liability on the part of the Board of Directors or any of them to any contractor, subcontractor or materialman on account of such addition, alteration or improvement, or to any person having any claim or injury to a person or damage to property arising therefrom. The provisions of this Section 7.7 shall not apply to Units owned by the Declarant until such Units have been initially sold by the Declarant and paid for.

    7.8   <u>Restrictions on Use of Units and Condominium</u>

        A.   The Board of Directors is authorized to promulgate, amend and enforce Rules and Regulations concerning the operation and use of the Condominium; provided, that such Rules and Regulations are not contrary to or inconsistent with the Act, the Declaration or these Bylaws. A copy of the Rules and Regulations shall be furnished by the Board of Directors to each Unit Owner prior to the time the same become effective.

        B.   The use of the Condominium is subject to the following restrictions:

        (1)  <u>Residential Use of Residential Units</u>. All Residential Units shall be used for private residential purposes exclusively, except that a Residential Unit Owner or its tenant residing in a Residential Unit may conduct ancillary business activities within the Residential Unit so long as (i) the existence or operation of the business activities is not apparent or detectable by sight, sound or smell from outside the Residential Unit, (ii) the business activity is legal and conforms to all zoning requirements for the Condominium, (including, but not limited to, the requirement that a Home Occupation Permit shall be obtained prior to commencement of such ancillary business activities) (iii) the business activity does not involve unreasonable visitation of the Residential Unit by clients, customers, employees, suppliers or other business invitees, (iv) the business activity does not increase traffic in the Condominium in excess of what would normally be expected for Residential Units in the Condominium without business activity

similar types of vehicles shall be parked or stored on the Property. No inoperable, unlicensed or abandoned motor vehicle of any type shall be parked or stored upon the Property, and no portion of the Property shall be used for the maintenance, repair, overhaul, painting or work of a similar nature of any motor vehicle, including but not limited to oil changes. Any such vehicle may be towed from the Condominium at the offending Unit Owner's risk and expense.

(4) <u>Leasing</u>. No portion of any Residential Unit (other than the entire Residential Unit) shall be leased for any period. No Unit within the Buildings shall be rented for transient or hotel purposes or for purposes other than as permitted by applicable zoning regulations, ordinances and orders governing the Condominium. Any owner of any Residential Unit who shall lease such Unit, shall promptly, following the execution of any such lease, forward a conformed copy thereof to the Board of Directors. All leases shall be in writing. Any such lease, including any lease of a Commercial Unit or part thereof, shall contain a provision to the effect that the rights of the tenant to use and occupy the Unit shall be subject and subordinate in all respects to the provisions of the Condominium Act, the Declaration, these Bylaws, the Rules and Regulations and to such other reasonable rules and regulations relating to the use of the Common Elements, or other "house rules", as the Board of Directors may from time to time promulgate, and all leases shall further provide that any failure by the tenant to comply strictly with the provisions of such documents shall be a default under the lease. The provisions and limitations of this Section shall not apply to any institutional First Mortgagee of any Unit who comes into possession of the Unit by reason of any remedies provided by law or in such mortgage or as a result of a foreclosure sale or other judicial sale or as a result of any proceeding, arrangement, assignment or deed in lieu of foreclosure. In the event that a tenant of any

B-34