UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMAN GHAHREMANI<br><br>**Plaintiff,**<br><br>v.<br><br>**UPTOWN PARTNERS, L.L.C.**<br><br>**Defendant.** | Case Number 1:05CV01270<br>Judge: Colleen Kollar-Kotelly |

### MOTION TO STRIKE NOTICE OF PENDENCY OF ACTION
### (LIS PENDENS) AND TO QUASH THE ENCUMBRANCE CREATED BY ITS FILING

Defendant, Uptown Partners, L.L.C., by and through undersigned counsel, hereby moves this honorable Court for an order striking the Notice of Pendency of Action (Lis Pendens), filed with the District of Columbia Recorder of Deeds by Plaintiff Ghahremani. In support of the Motion, Defendant states the following:

1. This action aries out of a Condominium Unit Purchase Agreement (the "Contract") between Seller Uptown Partners, LLC, and purchasers Saman Ghahremani and Farzel Davarya (collectively the "Purchaser").

2. Pursuant to the Contract, the Purchaser agreed to purchase and occupy a condominium located at 1390 V Street, N.W. Washington D.C. 2009, Unit 321 (the "Property").

3. Paragraph 22(c) the Contract states that:

Purchaser is expressly prohibited from recording, and covenants not to record, this Agreement, any memorandum thereof or any list (sic) pendens, whether or not Seller is at any time in default hereof, and upon any recordation or attempted recordation, Purchaser shall be in default of this Agreement, and Seller shall have all rights and remedies to which it is entitled pursuant to Paragraph 15(a) hereof with respect to such default.

4. Therefore, the Purchaser specifically agreed not to file a Notice of Pendency of Action (Lis Pendens), in relation to the Contract.

5.   On June 23, 2005, one of the two purchasers, Saman Gharemani, filed the Complaint in this action, noting in the caption that "This suit involves title to real property," and also recorded a Notice of Lis Pendens (the "Notice") with the District of Columbia Recorder of Deeds.

6.   This recordation of the Notice is in clear violation of the above provision of the Contract, and therefore the Lis Pendens filed by Plaintiff must be quashed.

WHEREFORE, Defendant Uptown Partners, L.L.C. hereby requests that this Court strike the Notice of Pendency of Action (Lis Pendens) filed in connection with this action, quash the encumbrance created by its filing, and grant such other and further relief as this Court deems necessary.

_____
Andrew J. Kline [358547]
Scott H. Rome [476677]
LAW OFFICES OF ANDREW J. KLINE
1225 Nineteenth Street, NW, Suite 320
Washington, DC 20036
(202) 686-7600
Counsel for Defendant

**STATEMENT OF POINTS AND AUTHORITIES**

1.   The record herein.
2.   The Court's inherent authority.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMAN GHAHREMANI<br><br>**Plaintiff,**<br><br>v.<br><br>UPTOWN PARTNERS, L.L.C.<br><br>**Defendant.** | Case Number 1:05CV01270<br>Judge: Colleen Kollar-Kotelly |

### ORDER GRANTING DEFENDANT'S MOTION TO STRIKE NOTICE OF PENDENCY OF ACTION (LIS PENDENS) AND TO QUASH THE ENCUMBRANCE CREATED BY ITS FILING

UPON CONSIDERATION OF Defendant Uptown Partners, L.L.C.'s Motion To Strike Notice of Pendency of Action (Lis Pendens) and to Quash the Encumbrance Created by its Filing, and any opposition thereto, it is thereupon, this ____ day of _____ 2005,

ORDERED, that the Motion is GRANTED; and it is further

ORDERED that the Notice of Pendency of Action (Lis Pendens) (the "Notice") filed in connection with this action and recorded as Instrument No. _____, is hereby stricken; and it is further

ORDERED that the Property known as Condominium Unit 321 at Lot 68, Square 236 recorded at Liber 196, Folio 79, shall not be encumbered by the Notice; and it is further

ORDERED that a copy of this Order shall be filed for recordation with the Recorder of Deeds to reflect the cancellation of the release of the Notice.

_____
Judge Colleen Kollar-Kotelly

copies to:

Andrew J. Kline, Esq..
LAW OFFICES OF ANDREW J. KLINE
1225 Nineteenth Street, NW, Suite 320
Washington, DC 20036

Robert N. Levin, Esq.
Robert N. Levin, PC
1901 Research Boulevard, Suite 400
Rockville, Maryland 20850.