EXHIBIT 1

## AFFIDAVIT

1. My name is Farzad Davarya and I am an adult and otherwise competent to testify to the following. I have personal knowledge of the matters set out herein.

2. I am a relative of Dr. Saman Ghahremani.

3. On December 13, 2002, Dr. Ghahremani and I went to a sales office for the Langston Loft Condominium and met with a real estate agent, Ms. Kathryn Wells who represented the seller.

4. Ms. Wells told us that while I was on a waiting list for one of the condominium units being offered for sale Dr. Ghahremani was not.

5. She suggested that Dr. Ghahremani without my name as a co-purchaser could not sign a form contract, the "Langston Hughes Condominium Unit Purchase Agreement", that she presented to us. She added that, Dr. Ghahremani could complete the transaction in his own name.

6. Based upon Ms. Wells' advice, we both signed the Agreement. At the time that we signed it, Ms. Wells knew that I had already signed another Langston Hughes Condominium Unit Purchase Agreement as a co purchaser of a different unit. Ms. Wells handled both transactions. Both contracts were accepted by the developer who knew that I did not intend to live in both units.

7. Attached hereto as Exhibit A is copy of the relevant portions the Purchase Agreement which I signed on December 13, 2002.

8. Subsequent to December 13, 2002, I was never contacted by the developer or its agents in regard to the Langston Hughes Condominium Unit Purchase Agreement which I had signed along with Dr. Ghahremani or was otherwise treated by them as having any interest in that matter.

   Pursuant to 28 USCA 1746 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 1, 2005.

   _____
   Dr. Farzad Davarya

G:\ghahremani\FDAFFIDAVIT.doc

1