EXHIBIT 2

# AFFIDAVIT

My name is Saman Ghahremani. I am an adult and otherwise competent to provide this Affidavit.

1. I have read the annexed Memorandum of Points and Authorities and state upon my personal knowledge that the facts alleged therein are true.

2. I have read the Affidavit of Dr. Farzad Davarya attached to the Memorandum and state that Dr. Davarya's recollections of the events of December 13, 2002, are the same as my own.

3. On December 13, 2002, Ms. Kathryn Wells made it clear that the contract she presented to us was the only contract that the seller would accept and that it was nonnegotiable.

Pursuant to 28 USCA 1746 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 5, 2005.

_____
Saman Ghahremani

G:\GHAHREMANI\pldg\affidavitPlaintiff.wpd