UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Saman Ghahremani ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:05CV01270 |
| v. ) | Judge Colleen Kollar-Kotelly |
| ) | |
| Uptown Partners, L.L.C. ) | Oral Argument Requested |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of Defendant's Motion to Dismiss and Defendant's Motion to Strike Notice of Pendency of Action (Lis Pendens) and to Quash the Encumbrance Created by its Filing and Plaintiff's Opposition to each of the said Motions, it is this __ day of _____, 2005,

    ORDERED:   Defendant's Motion to Dismiss is denied, and it is further

    ORDERED:   Defendant's Motion to Strike Notice of Pendency of Action (Lis Pendens) and to Quash the Encumbrance Created by its Filing is denied.

                                                                                                                         _____
                                                                                                                               United States District Court Judge

G:\GHAHREMANI\pldg\dismissorder.wpd