UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMAN GHAHREMANI,

　　Plaintiff,

　　v.

UPTOWN PARTNERS, L.L.C.,

　　Defendant.

Civil Action No. 05-1270 (CKK)

# ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 13th day of September, 2005, hereby

**ORDERED** that [4] Defendant's Motion to Dismiss Plaintiff's Complaint for failure to state a claim, pursuant to Federal Rule of Civil Procedure 12(b)(6), and for failure to join an indispensable party, pursuant to 12(b)(7), is GRANTED; it is further

**ORDERED** that [5] Defendant's Motion to Strike Notice of Pendency of Action ("Lis Pendens") and to Quash the Encumbrance Created By Its Filing is GRANTED.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　United States District Judge